7jgmthhd (1/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Robert J Ennis and Elizabeth A Ennis
*Debtor*

*Bankruptcy Case No.*
13–61122–abf7

**Kenneth J. Pugh**
**Linda B. Pugh**
   Plaintiff(s)

*Adversary Case No.*
13–06044–abf

v.

**Robert J Ennis**
**Elizabeth A Ennis**
   Defendant(s)

## JUDGMENT

    This proceeding having come on for trial or hearing before the court, the Honorable Arthur B. Federman , United States Bankruptcy Judge, presiding, and the issues having been duly tried or heard and a decision having been rendered.

*IT IS ORDERED AND ADJUDGED*: That in accordance with the Memorandum Opinion entered by the court on 6/17/2014 (Doc. No.26), and the Order Directing Judgment in Favor of Plaintiffs entered by the court on 6/17/2014 (Doc. No. 27), Judgment is hereby entered in favor of the Plaintiffs Kenneth and Linda Pugh, and against Debtor–Defendants Robert Ennis and Elizabeth Ennis, jointly and severally, in the amount of $4,500, with such Judgment being nondischargeable under 11 U.S.C. § 523(a)(2)(A); and in favor of Plaintiffs Kenneth and Linda Pugh, and against Debtor–Defendant Elizabeth Ennis only in the amount of $31,140, with such Judgment being nondischargeable under 11 U.S.C. § 523(a)(6).

    The foregoing Memorandum Opinion constitutes Findings of Fact and Conclusions of Law as required by Rule 7052, Rules of Bankruptcy.

Ann Thompson
Court Executive

By: /s/ Sharon Greene
    Deputy Clerk



Date of issuance: 6/17/14

Court to serve